THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ruel Nieto, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:18-cv-06605 |
| ) | |
| v. ) | Hon. Elaine E. Bucklo |
| ) | |
| ARS National Services, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Pursuant to Northern District of Illinois Local Rule 16.1(5), please take notice that Plaintiff Ruel Nieto and Defendant ARS National Services, Inc. have settled all claims between them in this matter pursuant to a written settlement agreement, and are in the process of completing final execution of the settlement documents and filing of a dismissal order.

Dated: December 7, 2018                  Respectfully submitted,

**ARS National Services, Inc.**


By: s/  Trisha M. Rich
       One of its Attorneys

Trisha M. Rich (ARDC No. 6288544)
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
312-263-3600 (t)
312-578-6666 (f)
trisha.rich@hklaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on **December 7, 2018**, a true and correct copy of the foregoing was electronically transmitted using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/  Trisha M. Rich